UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MAYER SCHWARTZ,                           :
                    Plaintiff,            :   Civil Action
                                          :   No. 04-12704-REK
        v.                                :
                                          :
PRAECIS PHARMACEUTICALS INC.,             :
MALCOLM GEFTER, KEVIN MCLAUGHLIN,         :
EDWARD ENGLISH and WILLIAM K.             :
HEIDEN,                                   :
                                          :
                    Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

      Please enter our appearance as counsel of record for defendants PRAECIS PHARMACEUTICALS INCORPORATED, Malcolm Gefter, Kevin McLaughlin, Edward English and William K. Heiden in the above-captioned action.

Dated: January 18, 2005
       Boston, Massachusetts

Respectfully submitted,

 /s/  James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants