UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MAYER SCHWARTZ,

             Plaintiff,        Civil Action
                                       No. 04-12704-REK

  v.

PRAECIS PHARMACEUTICALS INC.,
MALCOLM GEFTER, KEVIN MCLAUGHLIN,
EDWARD ENGLISH and WILLIAM K. HEIDEN,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT STIPULATION AND ORDER**
**EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff and defendants, by their respective counsel, hereby stipulate and agree to extend the time within which the defendants must answer, move, or otherwise respond to the complaint in this action until 60 days after the later of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a, et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (Public Law No. 104-67), or (b) the date on which a consolidated amended complaint, if any, is served upon the defendants, either pursuant to a Court order issued in connection with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiffs in this action and the plaintiffs in any other action which is filed in this Court and which asserts claims similar to those alleged in the above-captioned action.[1]

The parties jointly respectfully request that the Court approve the foregoing stipulation.

---

[1] An earlier filed related action is presently pending before Judge O'Toole. (See Katz v. Praecis Pharmaceuticals Inc., Malcolm Gefter, Kevin McLaughlin, Edward English and William K. Heiden, Civil Action No. 04-12581-GAO).

| | |
|---|---|
| Dated: January 18, 2005<br>      Boston, Massachusetts | Respectfully submitted, |

 /s/  David Pastor                                           /s/  James R. Carroll                              

David Pastor (BBO #391000)  
GILMAN AND PASTOR, LLP  
Stonehill Corporate Center  
999 Broadway, Suite 500  
Saugus, Massachusetts 01906  
(781) 231-7850  

Of Counsel:  

Eric J. Belfi  
MURRAY, FRANK & SAILER LLP  
275 Madison Avenue, Suite 801  
New York, New York 10016  
(212) 682-1818  

Michael Goldberg  
GLANCY, BINKOW & GOLDBERG LLP  
1801 Avenue of the Stars, Suite 311  
Los Angeles, California 90067  
(310) 201-9150  

Counsel for  
Mayer Schwartz  

James R. Carroll (BBO #554426)  
Matthew J. Matule (BBO #632075)  
Michael S. Hines (BBO #653943)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800  

Counsel for  
PRAECIS PHARMACEUTICALS  
INCORPORATED, Malcolm Gefter,  
Kevin McLaughlin, Edward English  
and William K. Heiden  


SO ORDERED:


Dated: _____     _____  
                                                                            Robert E. Keeton  
                                                                            United States Senior District Judge