UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
MAYER SCHWARTZ,                      :
                   Plaintiff,        :    Civil Action
                                     :    No. 04-12704-REK
      v.                             :
                                     :
PRAECIS PHARMACEUTICALS INC.,        :
MALCOLM GEFTER, KEVIN MCLAUGHLIN,    :
EDWARD ENGLISH and WILLIAM K.        
HEIDEN,                              :
                                     :
                   Defendants.       :
------------------------------------ x
```

**CORPORATE DISCLOSURE STATEMENT
OF PRAECIS PHARMACEUTICALS INCORPORATED**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, PRAECIS PHARMACEUTICALS INCORPORATED hereby submits the following corporate disclosure statement:

>   PRAECIS PHARMACEUTICALS INCORPORATED, a Delaware corporation, has no parent corporation and no publicly held company owns more than 10% of its stock.

Dated: January 18, 2005        Respectfully submitted,
       Boston, Massachusetts

                                /s/  James R. Carroll
                               James R. Carroll (BBO #554426)
                               Matthew J. Matule (BBO #632075)
                               Michael S. Hines (BBO #653943)
                               SKADDEN, ARPS, SLATE,
                                MEAGHER & FLOM LLP
                               One Beacon Street
                               Boston, Massachusetts 02108
                               (617) 573-4800

                               Counsel for Defendants