# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Mayer Schwartz, Individually and On Behalf of All Others Similarly Situated,
                Plaintiff

V.

Praecis Pharmaceuticals Incorporated, Malcolm Gefter, Kevin McLaughlin, Edward English and William K. Heiden
                Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04-12704 REK

TO: (Name and address of Defendant)

Praecis Pharmaceuticals Incorporated
c/o CT Corporation System as Registered Agent
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE 12/27/2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | JANUARY 20, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BARBARA L. BEDUGNIS | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY DELIVERING SAID COPIES TO CT CORPORATION SYTEMS, IT'S REGISTERED AGENT FOR SERVICE OF PROCESS AND GIVING IN HAND TO ALISON LIBERTO, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS.  SAID SERVICE WAS MADE AT 101 FEDERAL STREET BOSTON, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $6.00 | $30.00 | $36.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JANUARY 20, 2005        *Signature of Server*
                Date
                                     BARBARA L. BEDUGNIS, CONSTABLE
                                     % ROSCOE, BEDUGNIS & ASSOCAITES
                                     15 COURT SQUARE, SUITE 450
                                     *Address of Server*
                                     BOSTON, MA. 02108

*[handwritten margin note: PRAECIS PHARMACEU... INC, C/O CT CORP. SYSTEM, 101 FEDERAL ST. BOS.]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.