# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Mayer Schwartz, Individually and On
Behalf of All Others Similarly Situated
                              Plaintiff       **SUMMONS IN A CIVIL ACTION**

V.

Praecis Pharmaceuticals Incorporated,
Malcolm Gefter, Kevin McLaughlin,
Edward English and William K. Heiden   CASE NUMBER:
                              Defendants
                                              **04-12704 REK**

TO: (Name and address of Defendant)

Edward C. English
Chief Financial Officer and Treasurer
Praecis Pharmaceuticals Incorporated
830 Winter Street
Waltham, MA 02451

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: 12/27/04

(By) DEPUTY CLERK



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 22, 2005

I hereby certify and return that on 2/18/2005 at 12:55PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to MARYBETH DELUCA, agent, person in charge at the time of service for PRAECIS PHARMACEUTICALS INCORPORATED, at EDWARD C. ENGLISH, CHIEF FINAN OFF/TREAS, 830 WINTER Street, WALTHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.30), Postage and Handling ($1.00), Travel ($6.40) Total Charges $45.70

CC

_____
Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                              Signature of Server

                                   _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.