# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

Mayer Schwartz, Individually and on
Behalf of All Others Similarly
Situated,                    Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

Praecis Pharmaceuticals Incorporated,
Malcolm Gefter, Kevin McLaughlin,
Edward English and William K. Heiden
                    Defendants

CASE NUMBER:

# 04-12704 REK

TO: (Name and address of Defendant)

Malcolm L. Gefter Ph.D.
Chief Executive Officer
Praecis Pharmaceuticals Incorporated
830 Winter Street
Waltham, MA 02451

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK _____

DATE    12/20/2004

(By) DEPUTY CLERK _____



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 22, 2005

I hereby certify and return that on 2/18/2005 at 12:55PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to MARYBETH DELUCA, agent, person in charge at the time of service for PRAECIS PHARMACEUTICALS INCORPORATED, at EDWARD C. ENGLISH, CHIEF FINAN OFF/TREAS, 830 WINTER Street, WALTHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.00), Postage and Handling ($1.00), Travel ($6.46) Total Charges $45.70

CC

_____

**Deputy Sheriff**

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                         *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.