AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Mayer Schwartz, Individually and On Behalf of All Others Similarly Situated,
                              Plaintiff

V.

Praecis Pharmaceuticals Inc.,
Malcolm Gefter, Kevin McLaughlin
Edward English and William K.
Heiden,
                              Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 - 12704 REK

TO: (Name and address of Defendant)

Kevin F. McLaughlin
President and Chief Operating Officer
Praecis Pharmaceuticals Incorporated
830 Winter Street
Waltham, MA 02451

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  12/27/2004

AO 440 (Rev. 8/01) Summons in a Civil Action



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

February 22, 2005

I hereby certify and return that on 2/16/2005 at 10:55AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to MARYBETH DELUCA, agent, person in charge at the time of service for PRAECIS PHARMACEUTICALS INCORPORATED, at EDWARD C. ENGLISH, CHIEF FINAN OFF/TREAS, 830 WINTER Street, WALTHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.30), Postage and Handling ($1.00), Travel ($6.40) Total Charges $45.70

cc

_____
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                       Signature of Server

                              _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.